**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| REGINALD L. ROBINSON, )<br>)<br>    Plaintiff, )<br> v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 8:17-cv-001389 (GJH) |

**NOTICE OF SETTLEMENT AS TO**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

 Pursuant to Local Rule 111 of the United States District Court for the District of Maryland, Plaintiff and Defendant Experian Information Solutions, Inc., hereby notify the Court that the parties have resolved the claims in this matter. An order dismissing the case with prejudice will be tendered to the Court after the parties execute the necessary paperwork.

                Respectfully Submitted,
                **REGINALD L. ROBINSON**

                By: */s/ Kristi C. Kelly*
                Kristi Cahoon Kelly(No. 07244)
                KELLY & CRANDALL, PLC
                3925 Chain Bridge Road, Suite 202
                Fairfax, VA 22030
                Telephone: 703-424-7572
                Fax: 703-591-0167
                Email: kkelly@kellyandcrandall.com

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

        */s/ Kristi C. Kelly*
Kristi Cahoon Kelly(No. 07244)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

*Counsel for Plaintiff*